B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Skibbe, Dwayne S. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Skibbe, Deborah D. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-3922 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-5553 |
| Street Address of Debtor (No. and Street, City, and State):<br>11 Oxford Court<br>South Elgin, IL            ZIP Code 60177-2740 | Street Address of Joint Debtor (No. and Street, City, and State):<br>11 Oxford Court<br>South Elgin, IL            ZIP Code 60177-2740 |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business:<br>Kane |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Skibbe, Dwayne S.<br>Skibbe, Deborah D. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: Chicago, Illinois | Case Number:<br>08-05739 | Date Filed:<br>3/11/08 |
| Location<br>Where Filed: Chicago, IL | Case Number:<br>06-01222 | Date Filed:<br>8/21/06 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  /s/ Richard Jones      June 10, 2009<br>    Signature of Attorney for Debtor(s)      (Date)<br>    Richard Jones |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

             _____
             (Name of landlord that obtained judgment)


             _____
             (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Skibbe, Dwayne S.<br>Skibbe, Deborah D. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Dwayne S. Skibbe
Signature of Debtor  Dwayne S. Skibbe

**X** /s/ Deborah D. Skibbe
Signature of Joint Debtor Deborah D. Skibbe

_____
Telephone Number (If not represented by attorney)

June 10, 2009
Date

### Signature of Attorney*

**X** /s/ Richard Jones
Signature of Attorney for Debtor(s)

Richard Jones
Printed Name of Attorney for Debtor(s)

Jones & Hart
Firm Name

138 Cass St., Box 1693
Woodstock, IL 60098
_____
Address

Email: richardtjones@ameritech.net
(815) 334-8220  Fax: (815) 334-8229
Telephone Number

June 10, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  Dwayne S. Skibbe
Deborah D. Skibbe
Debtor(s)

Case No. 
Chapter  13

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Dwayne S. Skibbe
                       Dwayne S. Skibbe

Date:  June 10, 2009

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   Dwayne S. Skibbe
Deborah D. Skibbe
Debtor(s)

Case No.
Chapter   13

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Deborah D. Skibbe
                       Deborah D. Skibbe

Date:   June 10, 2009

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

In re: Dwayne S. Skibbe / Deborah D. Skibbe, Debtor(s)

Case No.: 

Chapter: 13

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 3,500.00 |
    | Prior to the filing of this statement I have received | $ 500.00 |
    | Balance Due | $ 3,000.00 |

2. $ 274.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b. [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: June 10, 2009

/s/ Richard Jones
Richard Jones
Jones & Hart
138 Cass St., Box 1693
Woodstock, IL 60098
(815) 334-8220  Fax: (815) 334-8229
richardtjones@ameritech.net

500 Fast Cash
500 G SE
Miami, OK 74354

American Express
c/o United Recovery Systems
Post Office Box 722929
Houston, TX 77272

Cash Net USA
P.O. Box 547
Lake Bluff, IL 60044

AAA Payday Advance
456 W. Batrelfield
Springfield, MO 65807

AmeriLoan
Post Office Box 360001
Fort Lauderdale, FL 33336-0001

CB USA Sears
8725 W. Sahara Ave
The Lakes, NV 89163-0001

Ace Cash Advance
1145 W. Spring Street, #T4
South Elgin, IL 60177

Apple Auto Cash Express, Inc
c/o FJR Asset Management
2855 Mangum Rd, Suite A100
Houston, TX 77092-7493

CB USA Sears
c/o B-Line, LLC
2101 4th Ave., #1030

Admerex Solutions, Inc.
Post Office Box 1836
Duluth, GA 30096

ASG
205 Bryant Woods South
Buffalo, NY 14228

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Aero Advance
c/o Allen, Lewis & Assoc.
4040 Woodcock Drive, #132
Jacksonville, FL 32207

Aspire
P.O. Box 105555
Atlanta, GA 30348

Chase
c/o B Real LLC
2101 4th Ave., #1030
Seattle, WA 98121

Alexian Bros. Hos. Network
3040 Salt Creek Lane
Arlington Heights, IL 60005

Asset Acceptance, LLC
Assignee of MICHON
Post Office Box 2036
Warren, MI 48090

Check N Go of Illinois
945 McLean Blvd.
Elgin, IL 60123

American Debt
P.O. Box 608
Oxford, MS 38655

Best Buy/HRS
Post Office Box 17298
Baltimore, MD 21297-1298

Citi
c/o LVNV Funding
Post Office Box 10497
Greenville, SC 29603

American Express
Post Office Box 981537
El Paso, TX 79998

Capital One
1957 Westmoreland
Post Office Box 26094
Richmond, VA 23285

Citibank
P.O. Box 6003
Hagerstown, MD 21747-6003

American Express
c/o Becket & Lee
Post Office Box 30001
Malvern, PA 19355-0701

Capital One
c/o TSYS Debt Management
Post Office Box 5155
Norcross, GA 30091

Citibank
c/o Capital Mgmt Serv., Inc.
726 Exchange Street, #700
Buffalo, NY 14210

American Express
c/o Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995

Capital One
c/o Regional Adjustment Bureau, Inc
Post Office Box 34111
Memphis, TN 38184-0111

CitiCard
Post Office Box 6241
Sioux Falls, SD 57117

| | | |
|---|---|---|
| Citifinancial Retail Serv.<br>Post Office Box 499<br>Hanover, MD 21076 | Fleet Credit Card<br>55 Challenger Road<br>Ridgefield Park, NJ 07660-2104 | HSBC Card Services<br>P.O. Box 17051<br>Baltimore, MD 21297-1051 |
| Citifinancial Retail Service<br>PO Box 22066<br>Tempe, AZ 85285 | GE Money Bank<br>P.O. Box 981064<br>El Paso, TX 79998 | IL Dept. of Revenue<br>Bankruptcy Section<br>Post Office Box 64338<br>Chicago, IL 60664-0338 |
| Dell Financial Servcies<br>c/o DFS Customer Serv.<br>Post Office Box 81577<br>Austin, TX 78708-1577 | Ge Money Bank<br>c/o Encore<br>Post Office Box 3330<br>Olathe, KS 66063-3330 | IL Dept. of Revenue<br>c/o Harvard Collection Serv.<br>4839 N. Elston Avenue<br>Chicago, IL 60630-2534 |
| Diamond Creek/Xpress Cash<br>P.O. Box 26413<br>Kansas City, MO 64196 | Global Payday Loan<br>c/o Certified Recovery Systems<br>6161 Savoy, Suite 600<br>Houston, TX 77036 | Internal Revenue Service<br>230 S. Dearborn Street<br>STOP 5013 CHI<br>Chicago, IL 60604 |
| Disccover<br>c/o Baker, Miller, et al<br>29 N. Wacker Drive, 5th Floor<br>Chicago, IL 60606-2854 | Harrah's Casion<br>c/o TRS Recovery Serv.<br>Post Office Box 60012<br>City Of Industry, CA 91716-0012 | JB Robinson<br>375 Ghent Road<br>Akron, OH 44333 |
| Discover<br>12 Reads Way<br>New Castle, DE 19720-1649 | HFC<br>961 Weigel<br>Elmhurst, IL 60126 | JC Penney<br>Post Office Box 984100<br>El Paso, TX 79998 |
| Dominick's<br>The Safeway Companies<br>P.O. Box 1128<br>San Ramon, CA 94583-1128 | HFC<br>961 Weigel Drive<br>Elmhurst, IL 60126 | JC Penney<br>c/o ECast Settlement<br>Post Office Box 35480<br>Newark, NJ 07193-5480 |
| Drive Financial<br>Bankruptcy Department<br>Post Office Box 560284<br>Dallas, TX 75356 | HFC<br>841 Seahawk Circle<br>Virginia Beach, VA 23452 | Jefferson Capital Systems, LLC<br>P.O. Box 23051<br>Columbus, GA 31902 |
| EMCC, Inc.<br>c/o Weltman, Weinberg, et al<br>10 S. LaSalle Street, #900<br>Chicago, IL 60603 | HSBC<br>90 Christina Rd<br>New Castle, DE 19720 | Kane County Collector<br>719 S. Batavia Avenue<br>Geneva, IL 60134 |
| Empire Carpet<br>GE Consumer Finance<br>Post Office Box 960061<br>Orlando, FL 32896-0061 | HSBC<br>c/o ECast Settlement Corp.<br>Post Office Box 35480<br>Newark, NJ 07193-5480 | Kane County State's Attorney<br>Bad Check Restitution Program<br>Post Office Box 35<br>South Elgin, IL 60177-0035 |

| | | |
|---|---|---|
| Magnum Funding Inc<br>National Service Bureau<br>18820 Aurora Ave, Suite 205<br>Seattle, WA 98133 | Quikpayday.com<br>87 E. 1400 North<br>Logan, UT 84341 | US Fast Cash<br>3531 P. Street NW<br>P.O. Box 111<br>Miami, OK 74355 |
| MEA Medical Care Centers<br>Dept 4043<br>P.O. Box 3594<br>Hinsdale, IL 60522 | Radiology Cons. of Woodstock<br>9410 Compubill Dr.<br>Orland Park, IL 60462 | Wells Fargo<br>c/o Anchor Receivables Mgmt<br>Post Office Box 41003<br>Norfolk, VA 23541 |
| Midwest Emergency Assoc Medical<br>c/o Pelletteri & Associates<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | Resurgent Capital Services<br>Post Office Box 10587<br>Greenville, SC 29603-0587 | Wells Fargo<br>c/o Associated Cerdit Serv.<br>105B South Street, Box 9100<br>Hopkinton, MA 01748-9100 |
| National Credit Adjusters<br>c/o Tympana<br>Post Office Box 5305<br>Glen Allen, VA 23058 | Sears<br>c/o Richard J. Boudreau<br>5 Industrial Way<br>Salem, NH 03079 | Wells Fargo<br>c/o B-Line<br>2101 4th Ave., #1030<br>Seattle, WA 98121 |
| National Service Bureau, Inc<br>18820 Aurora Ave, N. Suite 205<br>Shoreline, WA 98133 | Short Term Loans<br>1400 E. Touhy AVe.<br>Des Plaines, IL 60018 | Wells Fargo<br>P.O. BOX 98798<br>Las Vegas, NV 89193-8798 |
| Net Click Cash<br>52946 Highway 12, Suite 3<br>Niobrara, NE 68760 | Silverleaf Resorts<br>1221 River Bend Dr., Ste 120<br>Dallas, TX 75247 | Wells Fargo<br>c/o B-Line, LLC<br>2101 4th Ave., #1030<br>Seattle, WA 98121 |
| Nicor<br>Bk Dept<br>PO Box 549<br>Aurora, IL 60507 | Sonic Payday<br>Post Office Box 1216<br>Oaks, PA 19456 | Wells Fargo<br>c/o Richard J. Boudreau<br>5 industrial Way<br>Salem, NH 03079 |
| Platinum B Services<br>Accounts Receivable<br>One Woodbridge Center #410<br>Woodbridge, NJ 07095-1305 | Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459 | Wells Fargo Financial<br>4137 121st Street<br>Urbandale, IA 50323 |
| Premier Bankcard<br>Premier/CSI-Dept. SPDR<br>Post Office Box 2208<br>Vacaville, CA 95696 | Target National Bank<br>c/o Weinstein & Riley<br>2101 4th Ave., #900<br>Seattle, WA 98121 | Wells Fargo Financial<br>c/o Alliance One Receivables Mgmt<br>Post Office Box 211128<br>Eagan, MN 55121-1128 |
| Processing Solutions<br>A.C.A. Recovery<br>8 E. Ridgewood Ave, Suite 395<br>Ridgewood, NJ 07450 | The Cash Store<br>330 Georgetown Square, #104<br>Wood Dale, IL 60191 | Woodfield Orthopedics<br>375 S. Roselle Rd<br>2nd Floor<br>Schaumburg, IL 60193 |